JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRAULIO GALVEZ DE LA CRUZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-04583-MWF-PD

**JUDGMENT**

**A# 241-797-825**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted in part. Claim Two under procedural due process is granted and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: September 14, 2026

MICHAEL W. FITZGERALD
United States District Judge